IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AHDEE PRICE,** | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. **3:23-CV-2301-L-BN** |
| **DART POLICE *et al.*,** | § § § | |
| Defendants. | § § | |

## ORDER

On June 5, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 17) was entered, recommending that the court deny "Plaintiff's Motion to Set Aside for Default Judgment ("Motion") (Doc. 16), in which pro se Plaintiff Ahdee Price requests entry of default and default judgment against Defendants because they "have not filed an answer or other responsive pleading." Report 2. No objections to the Report were received as of the date of this order, and the deadline for filing objections has expired.

Having considered the Motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **denies** Plaintiff's Motion (Doc. 16).

**It is so ordered** this 3rd day of July, 2024.

Sam A. Lindsay
United States District Judge

Order – Solo Page