IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **AHDEE PRICE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-2301-L-BN** |
| | § | |
| **DART POLICE** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On June 20, 2024, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 18) was entered, recommending that the court dismiss with prejudice Plaintiff's claims against the City of Dallas and the Dallas Area Rapid Transit ("DART") Police Department, leaving only his claims against the individual DART police officers in his Amended Complaint.  Regarding the City of Dallas, the Report concludes that Plaintiff "alleges no fact that could support liability against the City of Dallas, a separate Texas municipality," and his Amended Complaint does not include any factual content that could support the plausible inference that the alleged conduct fairly represents an official policy of the City of Dallas as required for municipal liability.  Report 2-3.  The Report recommends that the DART Police Department be dismissed because it is a "non-jural" entity that does not have the capacity to be sued as a separate and distinct legal entity.  *See id.* at 3-4. No objections to the Report were received as of the date of this order, and the deadline for filing objections has expired.

Having considered Plaintiff's pleadings, the file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court.  Accordingly, the court dismisses with prejudice Plaintiff's claims against

**Order – Page 1**

the City of Dallas and the DART Police Department.  As a result, the only remaining Defendants

are the unnamed and unserved John Doe police officers.

      **It is so ordered** this 23rd day of July, 2024.


                                      Sam A. Lindsay
                                      United States District Judge